**Christine M. WONSOCK, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Office of Personnel Management, Intervenor.**

No. 2008–3193.

United States Court of Appeals, Federal Circuit.

June 5, 2008.

### ORDER

Petitioner having paid the required filing fee and having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief 21 days from the date of filing of this order.